UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NORRIS J. MCLAURIN, :

         Plaintiff,
: **ORDER**

   -against- : 07 Civ. 3482 (PAC)(FM)

GEORGE PATAKI, et al., :

         Defendants. :
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a telephone conference held yesterday, it is hereby

ORDERED that:

1. Defendants' motion to dismiss plaintiff's original complaint, (Docket No. 9), is denied as moot with the movants' consent.

2. On or before November 19, 2007, defendants' motion to dismiss the amended complaint shall be served and filed. Defendants shall serve the plaintiff by overnight carrier.

3. On or before December 7, 2007, any opposition papers shall be filed.

4. On or before December 24, 2007, reply papers may be filed.

    SO ORDERED.

Dated:   New York, New York
        October 3, 2007

                                        FRANK MAAS
                                     United States Magistrate Judge

Copies to:

Honorable Paul A. Crotty
United States District Judge

Norris J. McLaurin
# 92-B-0772
Mid-Orange Correctional Facility
900 Kings Highway
Warwick, NY 10990

Neil Shevlin, Esq.
Assistant Attorney General
Fax: (212) 416-6075