UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NORRIS J. MCLAURIN,                            :

             Plaintiff,

                                :   **ORDER**

    -against-                                  :   07 Civ. 3482 (PAC)(FM)

GEORGE PATAKI, et al.,                         :

             Defendants.              :
------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

       It is hereby ORDERED that a telephone conference in this matter shall be held on May 29, 2008, at 9:45 a.m. Mr. Shevlin shall initiate the call and arrange for the plaintiff's availability.

       SO ORDERED.

Dated:    New York, New York
            May 21, 2008

                                                       FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Honorable Paul A. Crotty
United States District Judge

Norris J. McLaurin
# 92-B-0772
Mid-Orange Correctional Facility
900 Kings Highway
Warwick, NY 10990

Neil Shevlin, Esq.
Assistant Attorney General
Fax: (212) 416-6075