Norris J. McLaurin
#92-B-0772
Mid-Orange Correctional Facility
900 Kings Highway
Warwick,, New York 10990

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 7 2008

June 20, 2008

Hon. Paul A. Crotty - U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street - Room 735
New York, New York 10007

Hon. Frank Maas - U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street - Room 740
New York, New York 10007

**MEMO ENDORSED**

June 27, 2008

*The request is denied as Moot. Plaintiff filed a timely — on June 23, 2008 — his objection to the Magistrate Judge's report and recommendation dated June 12, 2008. So ordered. Paul Crotty, U.S.D.J.*

Re: McLaurin vs Pataki, et al.
07-CV-3482 (PAC)(FM)

Your Honor:

   I am the plaintiff, pro se, in the above-referenced civil right lawsuit that was recommended for dismissal by Magaistrate Maas. This letter serves to formally request that I be provided a transcript of the telephone conference conducted on May 29, 2008, at 9:30 a.m. It is my contention that a copy of the transcript is necessary for me to file a timely objection to the Report and Recommendation, and pursue any subsequent appeal to the Second Circuit.

   Please forward me a copy of the transcript from the referenced telephone conference on May 29, 2008, at 9:45 a.m.

Respectfully Submitted,

[signature]

c.c. file (1)