**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
NORRIS J. McLAURIN,

                Plaintiff,

  -against-

DAVID A. PATERSON, Governor of New York State, et al.,

                Defendants.
------------------------------------------------------------X



07 CIVIL 3482 (PAC)(FM)
**JUDGMENT**

**SCANNED**

    Whereas on August 11, 2008, the Honorable Frank Maas, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that the Court grant defendants' motion to dismiss, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on August 11, 2008, having rendered its Order adopting the report in full, allowing for the single correction addressed in the Order dated August 11, 2008, denying McLaurin's objections to the report, and granting defendants' motion to dismiss the Amended Complaint in its entirety, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 11, 2008, the report is adopted in full, allowing for the single correction addressed in the Order dated August 11, 2008; McLaurin's objections to the report are denied; and defendants' motion to dismiss the Amended Complaint is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         August 12, 2008

                                    **J. MICHAEL McMAHON**

                                    **Clerk of Court**
           BY:
                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____